**Order entered September 16, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00518-CV

### THE STATE OF TEXAS, ET AL., Appellants

### V.

### LBJ/BROOKHAVEN INVESTORS, L.P., Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01518**

### ORDER

Before the Court is appellants' September 14, 2021 unopposed motion for an extension of time to file their brief on the merits. We **GRANT** the motion and extend the time to **October 15, 2021**.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE